IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr13

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WILLIAM RAY WOOTEN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government for a peremptory setting during the June 8, 2009 trial term in the Charlotte Division. (Doc. No. 13).

For the reasons stated in the motion, the Court finds sufficient cause to schedule the trial later in the term.

**IT IS, THEREFORE, ORDERED** that the government's motion is GRANTED, and this case will not be called for trial before June 16, 2009. The actual date of jury selection will be determined upon resolution of other matters scheduled for trial.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: June 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge