# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:09cr13

USA

**ORDER**

vs.

WILLIAM RAY WOOTEN

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following evidentiary hearing and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

This 17th day of June, 2009

Signed: June 22, 2009

Robert J. Conrad, Jr.
Chief United States District Judge