UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| WILLIAM RAY WOOTEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 1, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction on all three Counts in the Bill of Indictment. Count One charges defendant with bank robbery, in violation of 18 U.S.C. § 2113. Court Two charges the Defendant with knowingly and unlawfully using and carrying a firearm in furtherance of a crime in violation for 18 U.S.C. § 924. Count Three charges the Defendant with possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g).

On July 3, 2009 through August 1, 2009, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from July 3, 2009 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's conviction, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **One Rossi Model S12., 12 gauge modified shotgun, serial number SP013302 and Remington 12 gauge shotgun shells.**

Signed: February 10, 2010

Robert J. Conrad, Jr.
Chief United States District Judge